# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| In re:<br><br>**BLANCA N. AGOSTO,**<br><br>     **Debtor.** | **Case No. 25-11039-LGB**<br>**Chapter 11** |
|---|---|

### INSTRUCTIONS FOR TELEPHONIC SECTION 341 MEETING OF CREDITORS

In accordance with the Notice of Chapter 11 Bankruptcy Case, (Dkt. No. 6), the section 341 meeting of creditors for this chapter 11 case, scheduled for **June 23, 2025 at 1:30 p.m.** ("Designated Meeting Time"), will be conducted by **telephone conference.**

All parties shall appear by phone at the section 341 at the Designated Meeting Time in accordance with the instructions below.

**Call-in Information**:

On June 23, 2025, at 1:30 p.m., parties shall dial-in to the meeting using the following dialing instructions:

- **Meeting Dial-in No: (877) 915-7138**, and when prompted, enter the
- **Participant Code: 1590424**, followed by #.

To avoid confusion or technical difficulties, attendees are instructed to call in at the Designated Meeting Time, not before that time, and to disconnect the call after their meeting is concluded. Thank you for you anticipated cooperation in this regard.

Dated: New York, New York  
   June 9, 2025

WILLIAM K. HARRINGTON  
UNITED STATES TRUSTEE

      **By:**  /s/ *Andrew D. Velez-Rivera*  
          Trial Attorney  
          U.S. Federal Office Building  
          Alexander Hamilton Custom House  
          New York, New York 10004  
          Tel. (212) 510-0500  
          Fax (212) 668-2255